ACCEPTED
15-25-00121-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 11:15 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/19/2025 11:15:14 AM
CHRISTOPHER A. PRINE
Clerk



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

The Honorable Christopher Prine
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711
\* DELIVERED VIA E-FILE \*

RE:     Court of Appeals Number:     15-25-00121-CV
        Trial Court Case Number:     D-1-GN-25-002049

Style:   Hays County, Texas; and Ruben Becerra; Debbie Ingalsbe; Michelle Cohen; Morgan
         Hammer; and Walt Smith, in their official capacities v. Leslie Carnes; Jim Camp; Cathy
         Ramsey; Gabrielle Moore; and Ken Paxton, Attorney General of Texas

Dear Mr. Prine:

        The Third Court of Appeals agrees with the preliminary decision of the majority of the
Fifteenth Court of Appeals that this appeal should not be transferred to the Third Court of Appeals.
*See* Tex. R. App. P. 27a(c)(5).

                                Very truly yours,

                                JEFFREY D. KYLE, CLERK

                                BY: *Jackalyn Berron*
                                    Jackalyn Berron, Deputy Clerk

cc:     William G. Bunch (DELIVERED VIA E-FILE)
        Lynn E. Saarinen (DELIVERED VIA E-FILE)
        Jeena Piriano (DELIVERED VIA E-FILE)
        Michael Shaunessy (DELIVERED VIA E-FILE)
        Austin Jones (DELIVERED VIA E-FILE)
        Bill Aleshire (DELIVERED VIA E-FILE)

Matthew Hines (DELIVERED VIA E-FILE)
Rosemarie Kanusky (DELIVERED VIA E-FILE)
Robert "Bobby" Levinski (DELIVERED VIA E-FILE)
Ian Davis (DELIVERED VIA E-FILE)

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109303439
Filing Code Description: Letter
Filing Description: 27a response
Status as of 12/19/2025 11:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Claude Heath | 9347500 | bheath@bickerstaff.com | 12/19/2025 11:15:14 AM | SENT |
| Ian M.Davis | | idavis@mcginnislaw.com | 12/19/2025 11:15:14 AM | SENT |
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 12/19/2025 11:15:14 AM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 12/19/2025 11:15:14 AM | SENT |
| Michael Shaunessy | | mshaunessy@mcginnislaw.com | 12/19/2025 11:15:14 AM | SENT |
| Julie Denny | | jdenny@mcginnislaw.com | 12/19/2025 11:15:14 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 12/19/2025 11:15:14 AM | SENT |
| Austin Jones | | ajones@mcginnislaw.com | 12/19/2025 11:15:14 AM | SENT |
| Bill Aleshire | | bill@aleshirelaw.com | 12/19/2025 11:15:14 AM | SENT |
| Bill Bunch | | bill@sosalliance.org | 12/19/2025 11:15:14 AM | SENT |
| Bobby Levinski | | bobby@sosalliance.org | 12/19/2025 11:15:14 AM | SENT |
| William Gammon | | firm@gammonlawoffice.com | 12/19/2025 11:15:14 AM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 12/19/2025 11:15:14 AM | SENT |
| Rosemarie Kanusky | | rkanusky@mphlegal.com | 12/19/2025 11:15:14 AM | SENT |
| Matthew PhilipHines | | mhines@mphlegal.com | 12/19/2025 11:15:14 AM | SENT |